UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

D-1 ANTON VULJAJ,

               Defendant.
_____/

2:21-cr-20352
Judge: Edmunds, Nancy G.
MJ: Altman, Kimberly G.
Filed: 05-26-2021

Violation/Offense: §
Ct. 1: 7 U.S.C. 2024:
Government Program Fraud

# *I N F O R M A T I O N*

The United States Attorney Charges that:

**COUNT ONE:
GOVERNMENT PROGRAM
FRAUD UNDER $100  (7 U.S.C. § 2024)**

From in or about June 2012 through on or about September 2013, in the Eastern District of Michigan, Southern Division, D-1 ANTON VULJAJ did knowingly use, acquire and possess authorization cards and access devices, specifically, Electronic Benefit Transfer [EBT] cards and account numbers, in a manner contrary to Chapter 51 of Title 7 of the United States Code [Food Stamp Program] and the regulations issued pursuant to that chapter, specifically, by "purchasing" Supplemental Nutrition Assistant Program [SNAP] benefits from

legitimate recipients for less than the face value of the benefits, and obtaining from the United States Department of Agriculture's [USDA] Food and Nutrition Services Agency [FNS], through a participating merchant, a portion of those benefits as though the recipient purchased authorized food products at the participating merchant as intended, a method of federal program fraud commonly known as "discounting," and thereby obtained less than $100.00 in Food Stamp Benefit funds form the USDA/FNS to which he was not entitled, all in violation of Section 2024(b)(1) of Title 7 of the United States Code.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/Craig A. Weier*
Craig A. Weier (P33261)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220
(313) 226-9678

*s/John K. Neal*
Assistant United States Attorney
Chief, White Collar Crimes Unit

Dated:  May 25, 2021

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 18-20620; 18-20621;19- |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** David R Lawson |
| ☒ Yes    ☐ No | **AUSA's Initials:** |

**Case Title:** USA v. Anton Vuljaj

**County where offense occurred:** Wayne

**Check One:**    ☐ Felony    ☒ Misdemeanor    ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 25, 2021
    Date

Craig A. Weier
Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 269-4697
Fax:
E-Mail address: Craig.weier@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.